April 24, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-25-00007-CV

SONAM SHARMA, Appellant

V.

TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER EL PASO,
Appellee

_____

This Court has considered the record and arguments on appeal in this case and finds no error in the judgment signed on February 9, 2024. We order the judgment of the court below **AFFIRMED**.

We order appellant, Sonam Sharma to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered April 24, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.